Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOMINIC CARTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. PALEAN, et al.,<br><br>　　　　Defendants. | No. CV 07-02554-VAP (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint, Defendants' Motion to Dismiss, Plaintiff's Opposition, Defendants' Reply and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants'

//
//
//
//
//

1 | Motion to Dismiss Plaintiff's Complaint and (3) directing that
2 | Judgment be entered dismissing the Complaint with prejudice.

DATED: January 3, 2008

                                          *(signature)*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE